# United States District Court

WESTERN DISTRICT OF WASHINGTON

JANICE LEWIS,

      PLAINTIFF,

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      DEFENDANT,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5073KLS

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's motion for voluntary dismissal of this action (Dkt. #18) is GRANTED.

This action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

 

October 29, 2009                                                              BRUCE RIFKIN
                                                                                                Clerk

                                                                                                /s/ Pat LeFrois
                                                                                                Deputy Clerk